UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. 05-12871 |
| DAVID PERCY GIBSON | ) | JUDGE ARTHUR I. HARRIS |
| ROBYN KENDALYNN GIBSON | ) | |
| Debtors | ) | <u>OBJECTION TO COURT CLAIM</u> |
| | ) | <u>NO.'S 12, 13 AND 17 OF GREATER</u> |
| | ) | <u>CLEVELAND FIREFIGHTERS</u> |
| | ) | <u>CREDIT UNION</u> |
| | ) | |

Debtors object to further payment of Court Claim No.'s 12, 13 and 17 filed by Greater Cleveland Firefighters Credit Union on the following grounds:

1. Greater Cleveland Firefighters Credit Union (hereinafter referred to as "the Credit Union") filed three separate claims in this case.

2. Claim No. 12 was filed as a general unsecured claim in the amount of $6,188.04. According to the most recent information obtained from the Chapter 13 Trustee's website $4,050.24 has been paid on this claim leaving a balance due at this time of $2,137.80.

3. Claim No. 13 was filed as a secured claim in the amount of $3,800.00 and unsecured in the amount of $9.92. This claim was secured by liens on the titles to a 2004 Yamaha dirt bike and a 2004 Suzuki dirt bike. According to the most recent information obtained from the Chapter 13 Trustee's website this claim was paid in full in the amount of $3,809.92 leaving a balance due of $00.00 at this time.

4. Claim No. 17 was filed as an administrative claim in the amount of $607.00 as force placed insurance on the 2004 Yamaha dirt bike that was the subject of Claim No. 13. According to the most recent information obtained from the Chapter 13 Trustee's website $397.30 has been paid on this claim leaving a balance due of $209.70.

5. At this time the total balance due the Credit Union from the Chapter 13 Trustee on all three claims appears to be $2,347.50.

6. During the Chapter 13 case both the Yamaha and Suzuki dirt bikes that were the subject of the Credit Union's Claim No. 13 were stolen. The debtors have obtained information indicating that an insurance claim was filed by the Credit Union as the lien holder with Great American for the loss of the dirt bikes. **See** copies of the Great American ACV Worksheets which are attached hereto. It appears that the Credit Union settled this insurance claim and received $2,860.00 for the loss of the Yamaha and Suzuki dirt bikes.

7. The Credit Union did not file an amended claim and it appears that the Credit Union did not otherwise notify the Chapter 13 Trustee that it received the $2,860.00 insurance payment for the loss of the Yamaha and Suzuki dirt bikes.

WHEREFORE, Debtor prays that further payment of the remaining balances due Court Claim No.'s 12, 13 and 17 filed by Greater Cleveland Firefighters Credit Union be barred and disallowed.

/s/ Michael S. Linn
Michael S. Linn (#0023563)
Attorney for Debtor(s)
75 Public Square, Ste 1100
Cleveland, Ohio 44113
(216) 491-5000
Fax (216)479-0181

## SERVICE

On May 12, 2010 a copy of the foregoing Objection was served on the following parties either by regular U.S. mail or electronically via the Bankruptcy Court's ECF System.

>Craig Shopneck
>Chapter 13 Trustee
>(ECF System)
>
>Greater Cleveland Firefighters Credit Union
>Attn: Matt Teehan
>2300 St. Clair Ave.
>Cleveland OH 44114
>
>David & Robyn Gibson
>4443 Archer Rd.
>Cleveland OH 44105

>/s/ Michael S. Linn
>Michael S. Linn, Esq.
>Attorney for Debtor(s)

## Standard Settlement Worksheet
### Settlement Options

| | | | |
|---|---|---|---|
| Lender Name: | Greater Cleveland Fire Fighters CU | Date Prepared: | 10/18/05 |
| Lender #: | 6916003 | Claim #: | 448-779082 |
| Borrower Name: | DAVID P GIBSON | Certificate #: | LSC002209 |
| Collateral: | 2004 SUZUKI * Yamaha | Master Policy: | 5178256 |
| VIN: | JKSLXEB174DA09638 | Carrier: | Great American |
| Loan #: | 1069578-52 | Date of Loss: | 08/09/05 |
| Coverages: | All Risk Physical Damage | Perils: | THEFT |

**1. ACTUAL CASH VALUE (Option 1)**
Actual Cash Value as of Date of Loss $ 2,860.00
Total (Option 1) $ 2,860.80

**3. LIMIT OF LIABILITY (Option 3)**
Policy Limit $ 8,059.26
Total (Option 3) $ 8,059.26

**4. IMPAIRMENT OF INTEREST (Option 4)**
Gross unpaid balance $ 4,796.50
Less Unearned Insurance Premium $ 365.00
Subtotal: Net Outstanding Balance $ 4,431.50

Total (Option 4) $ 4,431.50

**CLAIM SETTLED UNDER OPTION NUMBER: 1 FOR** $ 2,860.00
**THE SETTLEMENT TOTAL** $ 2,860.00

* Title Requested.
* Claimant may incur storage charges after claim is paid.

# Great American CPI
# Waiver of ACV Worksheet

| | |
|---:|:---|
| Claim Number: | 446-779082 |
| Vehicle: | |
| Date of Credit Agreement: | 12/10/2004 |
| Amount Financed: | $3,912.60 |

| | | |
|---:|:---|---:|
| Black Book Retail Average: | $ | 2,910.00 |
| Add: | $ | - |
| Add: | $ | - |
| Add: | $ | - |
| Deduct: | $ | - |
| Deduct: | $ | - |
| Deduct: | $ | - |
| ACV as of Loss Date: | $ | 2,910.00 |
| | | x120% |
| Total: | $ | 3,492.00 |

<u>Waiver of Actual Cash Value</u>: If on the date the credit agreement was originated, the amount financed did not exceed by twenty percent (20%), the Average Retail value of the collateral, based upon local retail guide, or if not so listed, the retail market value of the collateral on the origination date of the credit agreement then: Section 1(a) of CONDITION F – COMPANY'S LIABILITY – SETTLEMENT OPTIONS is deleted in its entirety.

CL-0016   OSC CLAIMS   3/24/2004

# Great American ACV Worksheet

Claim #: 448-779082  
Borrower Name: D. Gibson  
Collateral: 04 Suzuki DR-Z11  
Date of Loss: 8/9/2005  
Date Prepared: 10/18/2005  
Black Book Issue: Aug-05  

Black Book Retail: $ 1,425.00  
Black Book Wholesale: $ 620.00  

Average of Wholesale and Retail: $ 1,022.50  
Add.......... $0.00  
Add.......... $ -  
Add.......... $ -  
Deduct..... $ -  
Deduct..... $ -  
Deduct..... $ -  
Deduct for Mileage...... $ -  
(not to exceed 50% of avg. value)  
Mileage table =  
50% of avg value = $ 511.25  

Total Black Book ACV $ 1,022.50

*Used BB Retail Figure*

CL-0056        OSC CLAIMS        03/24/04

## Great American ACV Worksheet

Claim #: 448-779082
Borrower Name: O. Gibson
Collateral: 04 Yamaha TT-R90E
Date of Loss: 8/9/2005
Date Prepared: 10/18/2005
Black Book Issue: Aug-05

| | |
|---|---:|
| Black Book Retail: | $ 1,435.00 |
| Black Book Wholesale: | $ 640.00 |
| | |
| Average of Wholesale and Retail: | $ 1,037.50 |
| Add......... | $0.00 |
| Add......... | $ - |
| Add......... | $ - |
| Deduct..... | $ - |
| Deduct..... | $ - |
| Deduct..... | $ - |
| Deduct for Mileage...... | $ - |
| (not to exceed 50% of avg. value) | |
| Mileage table = | |
| 50% of avg value = $ 518.75 | |
| | |
| Total Black Book ACV | $ 1,037.50 |

*used BB retail figure*