UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                    )     CHAPTER 13
    DAVID PERCY GIBSON            )     CASE NO. 05-12871
    ROBYN KENDALYNN GIBSON    )
                                              )     JUDGE ARTHUR I. HARRIS
                                              )
    Debtors                                )
                                              )

**NOTICE OF OBJECTION TO COURT CLAIM NO.'S 12, 13 & 17**
**OF GREATER CLEVELAND FIREFIGHTERS CREDIT UNION**

The debtor(s) has/have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then on or before **June 17, 2010** you or your attorney must.

1.    File a written response, explaining your position, at

    U.S. Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Ave.
    Cleveland OH 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2.    Mail a copy to:

    Craig Shopneck
    Chapter 13 Trustee
    200 Public Square, Ste 3860
    Cleveland OH 44114-2321

    Michael S. Linn, Esq.
    75 Public Square, Suite 1100
    Cleveland OH 44113

3. Attend the hearing on the objection scheduled to be held on **June 24, 2010 at 2:30 P.M.** in Courtroom 1A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Ave., Cleveland OH 44114. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order eliminating or changing the claim without a hearing.

/s/ Michael S. Linn
Michael S. Linn, (Reg. #0023563)
Attorney for Debtor(s)
75 Public Square, Suite 1100
Cleveland OH 44113
(216)491-5000
Fax (216)479-0181

CERTIFICATE OF SERVICE

I certify that on May 12, 2010 copies of this Objection to Claim were served on the parties listed below either by regular U.S. mail or electronically via the Bankruptcy Court's ECF System.

Craig Shopneck
Chapter 13 Trustee
(ECF System)

Greater Cleveland Firefighters Credit Union
Attn: Matt Teehan
2300 St. Clair Ave.
Cleveland OH 44114

David & Robyn Gibson
4443 Archer Rd.
Cleveland OH 44105

/s/ Michael S. Linn
Michael S. Linn, Esq.
Attorney at Law